UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENAN WATKINS, individually and
on behalf of all others similarly situated                                    PLAINTIFF

V.                                                CIVIL ACTION NO. 3:22-CV-487-KHJ-MTP

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY                                                          DEFENDANT

FINAL JUDGMENT

For the reasons stated in the Court's Order entered today, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant Allstate Property and Casualty Insurance Company. Plaintiff Kenan Watkins's claims are dismissed with prejudice. This case is closed.

SO ORDERED, this the 6th day of March, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE